*Donald E. Bryant, Jr.,* pro se, in support of the petition.

Decided May 28, 1996

STATE OF CONNECTICUT *v.* MAURICE CORBEIL

The defendant's petition for certification for appeal from the Appellate Court, 41 Conn. App. 7 (AC 13990), is granted, limited to the following issue:

"Under the state constitution, if initial statements made by a defendant are excluded only because of a *Miranda* violation, and not because they were coerced, must the subsequent post-*Miranda* statements be excluded in the absence of a showing of a break in the stream of events?"

The Supreme Court docket number is SC 15427.

*Todd Edgington*, assistant public defender, in support of the petition.

*Ronald G. Weller*, deputy assistant state's attorney, in opposition.

Decided May 28, 1996*